McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2973

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID GOLDENBERG,<br><br>　　　　　　Defendant. | CR.S-07-366 GEB<br><br>MOTION TO DISMISS INDICTMENT |

　　Plaintiff United States of America, by and through its undersigned counsel, pursuant to Fed. R. Crim. P. 48(a), moves to dismiss the indictment filed against defendant DAVID GOLDENBERG on August 22, 2007. The government has received a police report indicating that defendant's death occurred on or between October 13, 2007 and October 14, 2007. Accordingly, the government moves to dismiss the indictment in the above-entitled action.

DATED: September 8, 2008　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　By:　/s/ Matthew C. Stegman
　　　　　　　　　　　　　　　　　　　　MATTHEW C. STEGMAN
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

<u>ORDER</u>

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment filed against DAVID GOLDENBERG, on August 22, 2007, be hereby DISMISSED.

IT IS SO ORDERED.

Dated: September 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge